

APR 27 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
           DEPUTY CLERK

1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  LAUREN CUSICK, Bar #257570
   Assistant Federal Defender
3  Designated Counsel for Service
   DAVID WIKSELL
4  Certified Student Attorney
   801 I Street, 3rd Floor
5  Sacramento, California 95814
   Telephone: (916) 498-5700
6

7
   Attorney for Defendant
8  JESSE LIMAS

9

10
                IN THE UNITED STATES DISTRICT COURT
11
                FOR THE EASTERN DISTRICT OF CALIFORNIA
12

13

14
   UNITED STATES OF AMERICA,    ) No. 10-59-DAD
15                              )
              Plaintiff,        )   AMENDED $\mathcal{P}\hspace{-2pt}\mathit{-0}$
16                              )   STIPULATION AND [PROPOSED] ORDER
        v.                      )   TO VACATE COURT TRIAL AND SET
17                              )   BRIEFING SCHEDULE
   JESSE LIMAS,                 )
18                              )
              Defendant.        )   Date:  April 28, 2010
19                              )   Time:  9:00 a.m.
                                )   Judge: Hon. Dale A. Drozd
20 _____

21

22
   The United States of America, through Matthew Stegman, Assistant United
23
   States Attorney, together with defendant, Jesse Limas, by counsel
24
   Lauren Cusick, Assistant Federal Defender, stipulate to vacate the
25
   court trial set for April 28, 2010, at 9:00 a.m., and set this case for
26
   a motion hearing on July 13, 2010 at 10:00 a.m., pursuant to the
27
   following briefing schedule.
28

1  The parties stipulate to the following briefing schedule:
2  Defendant's Motion due . . . . . . . . . . . . . June 7, 2010
3  Government's Response due . . . . . . . . . . . June 30, 2010
4  Defendant's Reply due . . . . . . . . . . . . . July 7, 2010
5  Motion Hearing . . . . . . . . . July 13, 2010 at 10:00 a.m.
6  / / /
7  / / /
8  / / /
9  / / /
10 / / /
11 / / /
12 / / /
13 / / /
14 / / /
15 / / /
16 / / /
17 / / /
18 / / /
19 / / /
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

Stipulation and [Proposed] Order   -2-

The parties agree that the Court may set the court trial following the motion hearing.

Dated: April 27, 2010

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender


/s/ Lauren Cusick
LAUREN CUSICK
Assistant Federal Defender
Attorney for Defendant
JESSE LIMAS


Dated: April 27, 2010

BENJAMIN B. WAGNER
United States Attorney


/s/ Matthew Stegman
MATTHEW C. STEGMAN
Assistant U.S. Attorney

ORDER

IT IS SO ORDERED.

Dated: April 27, 2010

Dale A. Drozd
HON. Dale A. Drozd
United States Magistrate Court

Stipulation and [Proposed] Order   -3-