```
BENJAMIN B. WAGNER
United States Attorney
MATTHEW C. STEGMAN
Assistant U.S. Attorney
CATHERINE R. CHYI
Certified Law Clerk, Misdemeanor Unit
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2810
```

**FILED**

AUG - 3 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>JESSE LIMAS,<br><br>          Defendant. | Mag. No. 10-0059-DAD<br><br>GOVERNMENT'S MOTION TO DISMISS AND [~~PROPOSED~~] ORDER *DAD*<br><br>DATE:  August 3, 2010<br>TIME:  10:00 a.m.<br>JUDGE: Hon. Dale A. Drozd |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, plaintiff United States of America, by and through its undersigned attorney, hereby moves this Honorable Court for an Order dismissing the Information in the above-entitled matter, in Mag. No. 10-0059-DAD.

In Count Two, charging defendant with violating 16 U.S.C. § 668(dd) and 50 C.F.R. § 32.2(j) - Possession of Alcohol While Hunting on a National Wildlife Refuge, the government is moving to dismiss because the defendant had been cited for the same offense under Citation No. 1161710. The defendant forfeited the

///

///

///

full collateral amount to Central Violations Bureau on December 29, 2009. The government has accepted full payment for the charged offense to Central Violations Bureau.

Dated: August 2, 2010

BENJAMIN B. WAGNER
United States Attorney

By: /s/ Matthew C. Stegman
MATTHEW C. STEGMAN
Assistant U.S. Attorney

[~~PROPOS~~ED] *DAD* ORDER

IT IS SO ORDERED:

DATED: August 3, 2010

/s/ Dale A. Drozd
HON. DALE A. DROZD
United States Magistrate Judge